Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Telephone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com

*Attorneys for Plaintiff*

Jason P. Stearns, Esq. (Admitted Pro Hac Vice)
Freeborn & Peters LLP
201 N. Franklin Street, Suite 3550
Tampa, FL 33601
Telephone: 813-488-2926
Fax: 813-488-2960
jstearns@freeborn.com.com

*Attorney for Defendant Steel Supplements, Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DREW MOORE, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>STEEL SUPPLEMENTS, INC., and DOES 1-10, inclusive, and each of them,<br><br>        Defendant. | Case No. 2:20-cv-11659-PA-AFMx<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class claims, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court via email.

Dated: March 10, 2021                    Respectfully Submitted,

/s/ Todd M. Friedman
Todd M. Friedman (SBN 216752)
*Attorney for Plaintiff*


/s/ Jason P. Stearns
Jason P. Stearns (Admitted Pro Hac Vice)
*Attorney for Defendant,*
*Steel Supplements, Inc.*


### **Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained his authorization to affix his electronic signature to this document.

Dated: March 10, 2021

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By:   /s/Todd M. Friedman
**TODD M. FRIEDMAN**
**Attorney for Plaintiff**

## **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On March 10, 2021I served a true copy of the JOINT STIPULATION OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE on all counsel of record via the ECF Filing System:

Executed on March 10, 2021, at Woodland Hills, CA

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[  ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.


By:      /s/ Todd M. Friedman
         TODD M. FRIEDMAN, ESQ.
         ATTORNEY FOR PLAINTIFF